IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**JUSTIN ALLEN HAYNES**                                                         **PLAINTIFF**

v.                      **CASE NO. 3:16-CV-00026 BSM**

**GREENE COUNTY DETENTION**
**CENTER, et al.**                                                            **DEFENDANTS**

**ORDER**

The recommended disposition ("RD") submitted by U.S. Magistrate Judge Joe J. Volpe has been reviewed. No objections have been filed. After careful review, the RD is adopted. Although the RD cites to a case involving subdivisions of city government, "county jails are [also] not legal entities amendable to suit." *Owens v. Scott Cty. Jail*, 328 F.3d 1026, 1027 (8th Cir. 2003).

Accordingly, the Green County Detention Center is dismissed without prejudice.

IT IS SO ORDERED this 10th day of March 2016.

_____
UNITED STATES DISTRICT JUDGE