# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

JUSTIN ALLEN HAYNES                                              PLAINTIFF

v.                      3:16CV00026-BSM-JJV

GREENE COUNTY DETENTION CENTER; et al                DEFENDANTS

## **ORDER**

On February 22, 2016, I directed service for Defendant Roy Peters. (Doc. No. 8.) Those summons were returned unexecuted on March 14, 2016. (Doc. No. 15.) If Plaintiff's claims against Defendant Peters are to proceed, he should provide an alternate address at which Peters may be served within thirty (30) days of this Order's entry. *See Lee v. Armontrout*, 991 F.2d 487, 489 (8th Cir. 1993) (per curiam) (plaintiffs proceeding in forma pauperis are responsible for providing defendants' addresses).

So Ordered this 16th day of March, 2016.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE