**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**JUSTIN ALLEN HAYNES**                                                                **PLAINTIFF**
**MDOC #191098**

v.                            **CASE NO. 3:16-CV-00026 BSM**

**GREEN COUNTY DETENTION**
**CENTER, et al.**                                                                       **DEFENDANTS**

## ORDER

The partial recommended disposition ("PRD") submitted by United States Magistrate Judge Joe J. Volpe has been reviewed. No objections have been filed. After a review of the record, the PRD is adopted.

Accordingly, defendant Roy Peters is dismissed without prejudice. It is certified that an *in forma pauperis* appeal from this order would not be taken in good faith.

IT IS SO ORDERED this 8th day of June 2016.

_____
UNITED STATES DISTRICT JUDGE