## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**JUSTIN ALLEN HAYNES**                                                           **PLAINTIFF**

**v.**                          **CASE NO. 3:16-CV-00026 BSM**

**GREEN COUNTY DETENTION**
**CENTER et al.**                                                              **DEFENDANTS**

## ORDER

The recommended disposition ("RD") submitted by United States Magistrate Judge

Joe J. Volpe [Doc. No. 37] has been reviewed.  No objections have been filed.  After

reviewing the record, the RD is adopted.

Accordingly, the motion to dismiss [Doc. No. 28] is granted, and the complaint [Doc.

No. 2] is dismissed without prejudice.

IT IS SO ORDERED this 28th day of July 2016.


                                         _____
                                         UNITED STATES DISTRICT JUDGE