IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**JUSTIN ALLEN HAYNES**                                                                 **PLAINTIFF**

v.                           **CASE NO. 3:16CV00026 BSM**

**GREEN COUNTY DETENTION**
**CENTER et al.**                                                                        **DEFENDANTS**

### JUDGMENT

Consistent with the order enter on this day, this case is dismissed without prejudice.

DATED this 28th day of July 2016.

_____
UNITED STATES DISTRICT JUDGE